1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Shon Morgan (Bar No. 187736)
2    (shonmorgan@quinnemanuel.com)
   John W. Baumann (Bar No. 288881)
3    (jackbaumann@quinnemanuel.com)
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
5  Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
6

7     Cristina Henriquez (Bar No. 317445)
   (cristinahenriquez@quinnemanuel.com)
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5000
10

11 Attorneys for Defendant ANCESTRY.COM OPERATIONS INC.

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE ZHANG and WAYNE TSENG, individually and on behalf of a class of similarly situated persons,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Delaware Corporation<br><br>       Defendant. | CASE No. 4:21-cv-07652-JST<br><br>**NOTICE OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Jon S. Tigar |

On October 15, 2021, defendant Ancestry.com Operations Inc. filed an Unopposed Administrative Motion to Consider Whether Cases Should Be Related to relate this case to *Callahan et al. v. Ancestry.com Inc. et al.*, Case No. 3:20-cv-08437-LB (N.D. Cal.).  Pursuant to Local Rule 3-12, that motion was filed in *Callahan*, the lowest-numbered case.  Attached as Exhibit A is a true and correct copy of that motion.

DATED:  October 15, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Shon Morgan*
   Shon Morgan
   Attorneys for ANCESTRY.COM OPERATIONS INC.