QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  (shonmorgan@quinnemanuel.com)
  John W. Baumann (Bar No. 288881)
  (jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

  Cristina Henriquez (Bar No. 317445)
  (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5000

*Attorneys for defendant*

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

Michael F. Ram (Cal. Bar. No. 104805)
mram@forthepeople.com
Marie N. Appel (Cal. Bar. No. 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913
Facsimile: 415-358-6293

LAW OFFICE OF BENJAMIN R. OSBORN
Benjamin R. Osborn (to be admitted *Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Phone: (347) 645-0464
Email: ben@benosbornlaw.com

TURKE & STRAUSS LLP

Samuel J. Strauss (to be *admitted Pro Hac Vice*)
sam@turkestrauss.com
613 Williamson Street #20
Madison, WI 5370
Telephone: (608) 237-1175

*Attorneys for plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE ZHANG and WAYNE TSENG, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation,<br><br>        Defendant. | CASE NO. 3:21-cv-07652-LB<br><br>**JOINT STIPULATED REQUEST TO CONTINUE HEARINGS; [PROPOSED] ORDER**<br><br>Hon. Laurel Beeler |

Pursuant to Civil Local Rule 6-2, defendant Ancestry.com Operations Inc. and plaintiffs Alice Zhang and Wayne Tseng, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, plaintiffs filed a Motion to Remand and Motion for Attorneys' Fees and Costs, which is set to be heard on December 2, 2021 at 9:30 a.m. (ECF Nos. 12 & 23);

WHEREAS, defendant filed a Motion to Dismiss and Strike Plaintiffs' Corrected Class Action Complaint Pursuant to FRCP 12, which is also set to be heard on December 2, 2021 at 9:30 a.m. (ECF Nos. 14 & 23);

WHEREAS, plaintiffs have requested and Ancestry has consented to continuing the hearing date on these motions to December 16, 2021 at 9:30 a.m. or the next available date and time convenient for the Court;

WHEREAS, the parties are stipulating to a later hearing date on these motions because the parties have concurrently stipulated to move the hearing date in the related action *Callahan v. Ancestry.com Inc.*, Case No. 3:20-cv-08437-LB (N.D. Cal.) on plaintiffs' Motion for an Indicative Ruling, due to a scheduling conflict for Ancestry's counsel.

WHEREAS, this is the second extension requested by any party in this action;

NOW, THEREFORE, THE PARTIES STIPULATE AND RESPECTFULLY REQUEST that the hearings on plaintiffs' Motion to Remand and Motion for Attorneys' Fees and Costs and defendant's Motion to Dismiss and Strike Plaintiffs' Corrected Class Action Complaint Pursuant to FRCP 12 both be continued to December 16, 2021 at 9:30 a.m. or the next available date and time convenient for the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: November 11, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  /s/ Shon Morgan<br>Shon Morgan<br>*Attorneys for Defendants* |
| DATED: November 11, 2021 | MORGAN & MORGAN COMPLEX LITIGATION GROUP |
| | By  /s/ Michael F. Ram<br>Michael F. Ram<br>*Attorneys for Plaintiffs* |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

I, Shon Morgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of November, 2021, at Los Angeles, California.

*/s/ Shon Morgan*
Shon Morgan

## [PROPOSED] ORDER

Before the Court is the parties' Joint Stipulated Request to continue the hearings on plaintiffs' Motion to Remand and Motion for Attorneys' Fees and Costs and defendant's Motion to Dismiss and Strike Plaintiffs' Corrected Class Action Complaint Pursuant to FRCP 12. The Court hereby GRANTS their request and continues the hearings to: _____.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
Hon. Laurel Beeler
United States Magistrate Judge