| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Shon Morgan<br>(shonmorgan@quinnemanuel.com)<br>John W. Baumann<br>(jackbaumann@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Cristina Henriquez<br>(cristinahenriquez@quinnemanuel.com)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5000<br><br>*Counsel for Defendant* | MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>Michael F. Ram (Cal. Bar. No. 104805)<br>mram@forthepeople.com<br>Marie N. Appel (Cal. Bar. No. 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone:   415-358-6913<br>Facsimile:   415-358-6293<br><br>Benjamin R. Osborn (*pro hac vice*)<br>ben@benosbornlaw.com<br>102 Bergen St.<br>Brooklyn, NY 11201<br>Telephone:   347-645-0464<br><br><br><br>*Attorneys for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICE ZHANG and WAYNE TSENG, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation,<br><br>             Defendant. | Case No.: 3:21-cv-07652-LB<br><br>**JOINT STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs ALICE ZHANG and WAYNE TSENG ("Plaintiffs"), and Defendant ANCESTRY.COM OPERATIONS INC. ("Ancestry"), by and through their undersigned counsel, hereby request that the case management conference currently scheduled for January 4, 2022, be continued until a date approximately one month after the Court has ruled on both pending

motions, *i.e.*, Plaintiffs' pending motion to remand (Dkt. No. 12) and Defendant's pending motion to dismiss and strike (Dkt. No. 14). In support of this joint motion, the parties stipulate to and declare the following:

1. Pursuant to the Initial Case Management Scheduling Order entered on September 30, 2021 (Dkt. No. 6), a case management conference is currently scheduled for January 4, 2022, and a joint case management statement is currently due by December 28, 2021.

2. The parties believe it would be inefficient to hold a case management conference before the pending motions to remand and to dismiss and strike are decided. If either motion is granted, this case will no longer be before this Court.

3. Both pending motions are currently scheduled for hearing on Thursday, December 16, 2021.

4. Plaintiffs and Ancestry respectfully request the Court continue the initial case management conference until a date of the Court's choosing approximately one month after rulings on both pending motions have issued.

5. This is the third request for an extension of time in this matter.

6. On October 26, 2021, Plaintiffs requested a modified hearing and briefing schedule on Defendant's Motion to Dismiss and Strike. Dkt. No. 15. The Court denied Plaintiffs' request on November 3, 2021.

7. On November 11, 2021, the parties jointly requested the hearing date on the pending motions be moved from December 2 to December 16. Dkt. No. 27. The request stemmed from a scheduling conflict for Ancestry's counsel. The Court granted the joint request on November 12, 2021. Dkt. No. 28.

This joint stipulated motion is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated: December 13, 2021

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LAW OFFICE OF BENJAMIN R. OSBORN |
|---|---|
| By: /s/ *John W. Baumann* <br>     John W. Baumann | By: /s/ *Benjamin R. Osborn* <br>     Benjamin R. Osborn |

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: December 13, 2021,                    /s/ *Benjamin R. Osborn*
                                              Benjamin R. Osborn

### [PROPOSED] ORDER.

The Court hereby GRANTS the parties joint motion and continues the case management conference until a date and time to be determined after rulings on the pending motions to remand and to dismiss and strike have issued.

Dated: _____

_____
Judge Laurel Beeler
United States Magistrate Judge