UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ALICE ZHANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANCESTRY.COM OPERATIONS INC.,<br><br>    Defendant. | Case No. 21-cv-07652-LB<br><br>ORDER FOR ADDITIONAL BRIEFING<br><br>Re: ECF Nos. 12, 14 and 31 |

The plaintiffs moved to remand the case to state court, arguing that judicial estoppel bars the defendant's removal of this action because defendant Ancestry.com previously argued that the plaintiffs lack Article III standing.[1] The defendant moved to dismiss the plaintiffs' claims in their entirety under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), arguing, in part, that the plaintiffs lack Article III standing, the Communications Decency Act bars the claims, and the Copyright Act preempts the claims.[2] In its opposition to the plaintiffs' motion to remand and in its motion to dismiss, the defendant asks the court to dismiss or stay the action under the "first-filed" rule.[3] The plaintiffs counter that the defendant's request for a stay should be denied because the

---

[1] Mot. to Remand – ECF No. 12; Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Mot. to Dismiss – ECF No. 14.

[3] Opp'n Mot. to Remand – ECF No. 16 at 12; Mot. to Dismiss – ECF No. 14 at 15 n.5.

ORDER – No. 21-cv-07652-LB

defendant "has not filed a properly noticed motion to stay."[4] The parties also filed a stipulation asking to continue the case-management conference set in January for about a month.[5]

The court orders the defendant to file, within ten days (*i.e.*, by 12/23/2021), a supplemental brief not to exceed ten pages addressing (1) the grounds on which it seeks a stay and (2) the order in which the court should address the plaintiffs' motion to remand and the defendant's request for a stay. The plaintiffs may file a supplemental opposition brief not to exceed ten pages within fourteen days after the defendant's supplemental brief regarding its request for a stay is due (*i.e.*, by 1/6/2022). The defendant may file a supplemental reply brief not to exceed five pages within seven days after the plaintiffs' supplemental brief regarding the request for a stay is due (*i.e.*, by 1/13/2022).

The court continues the hearings on the plaintiffs' motion to remand and the defendant's motion to dismiss from December 16, 2021 to January 27, 2022, at 9:30 a.m. The court already continued the case-management conference to February 3, 2022, but to facilitate this process, continues it to February 17, 2022 at 9:30 a.m. A case-management statement is due on February 10, 2022.

**IT IS SO ORDERED.**

Dated: December 13, 2021

LAUREL BEELER
United States Magistrate Judge

---

[4] Opp's Mot. to Dismiss – ECF No. 25 at 9.

[5] Joint Stip. Mot. to Continue Case Mgmt. Conf. – ECF No. 31.